**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

DAVID FRANCO,                      )
                                   )
               Plaintiff,          )          2:26-cv-00517-CB
                                   )
    v.                           )          Chief Judge Cathy Bissoon
                                   )
UPMC,                              )
                                   )
               Defendant.          )

**ORDER**

In light of Plaintiff's *in forma pauperis* status, he is entitled to have the U.S. Marshal serve Defendant.  In order to effectuate such service, Plaintiff must return the proper forms to the Clerk of Court.

By **April 27, 2026**, Plaintiff shall submit to the Clerk of Court:  a U.S. Marshal Form 285 for Defendant; a notice and waiver of summons for Defendant; and **a copy of the Complaint for Defendant**.

Included with this Order are:  (1) a blank U.S. Marshal Form 285 (and its instruction sheet); (2) instructions for completing forms AO398 and AO399; and (3) blank forms AO398 and AO399.

Plaintiff's failure to timely comply with this Order, or to independently effectuate service on his own behalf, may result in a dismissal of this case for failure to prosecute.

IT IS SO ORDERED.

April 13, 2026                          s/Cathy Bissoon_____
                                        Cathy Bissoon
                                        Chief United States District Judge

cc (via ECF email notification):

David Franco (ECF-registered)