### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID FRANCO, | ) | |
| | ) | |
| Plaintiff, | ) | 2:26-cv-00517-CB |
| | ) | |
| v. | ) | Chief Judge Cathy Bissoon |
| | ) | |
| UPMC, *a Pennsylvania nonprofit* | ) | |
| *corporation d/b/a* UPMC MERCY, | ) | |
| | ) | |
| Defendant. | ) | |

### <u>ORDER</u>

**IT IS ORDERED** that the United States Marshal Service ("the Marshal") shall serve a copy of the Complaint, notice and request for waiver of service of summons, waiver of service of summons and this Order on each named defendant, as directed by Plaintiff, **<u>by certified mail, return receipt requested</u>**.  Costs of service shall be borne by the United States.  Defendant(s) are requested to waive service pursuant to Fed. R. Civ. P. 4(d).

If Plaintiff has failed to provide the Marshal correct information regarding the identity and/or address of any intended defendant, Plaintiff's claim(s) against the person or entity may be dismissed pursuant to Federal Rule of Civil Procedure 4(m), or for failure to prosecute. (Before dismissal, the Court will enter an order notifying Plaintiff of the intended ruling, and providing a deadline by which Plaintiff may file written opposition.)

No defendant is required to respond to the Complaint until defendant has accepted a copy of the Complaint from the Marshal and waived service, or has been served.  Therefore, default cannot properly be requested or entered unless the defendant has failed to file an answer, a motion to dismiss or a motion for additional time to respond, within 60 days after the Marshal's notice has been mailed, if service has been waived, or 21 days after actual service.

Plaintiff also is advised that, under Federal Rule of Civil Procedure 11, all court filings must be signed by the submitting party (or their lawyer) and must comply with certain standards. Among other things, every statement or allegation of fact must be true or have evidentiary support. This requirement applies to the Complaint already submitted, as well as any future filings and submissions by any party.

**IT IS FURTHER ORDERED** that any and all communications with the Court shall be in the form of a pleading or motion, filed on the (public) docket. **<u>Informal communications (letters, correspondence or otherwise) are prohibited, and will not be acknowledged or considered by the Court</u>**.

<u>Plaintiff is an ECF-registered filer</u>, and his filings – and all other communications – must be made through that system. Service will be deemed effective, on any defendant who has appeared, upon filing.

Plaintiff shall **<u>not</u>** direct any submissions to the Judge's Chambers, or to the Judge's attention. Doing so will result in Plaintiff's submission being transmitted to the wrong office, causing delay, and may ultimately result in the non-filing of Plaintiff's intended submission.

Plaintiff is required to serve on each defendant a copy of every pleading or other document Plaintiff files in this case. Every document filed with the Clerk of Court shall include a certificate of service, stating the date that a true and correct copy of the pleading or document was served on each defendant. Any pleading or other document received by the Court that has not been filed with the Clerk of Court, or which fails to include a certificate of service, will be disregarded.

For the purposes of serving documents, *if the defendant is represented by a lawyer in this case*, service **<u>must be made on the defendant's lawyer</u>**, and not the defendant personally.

All communications, whether oral or in writing, must be directed to the represented party's lawyer.

*If a defendant is represented by a lawyer*, all lawyers before this Court are required to register through CM/ECF.  Any pleading or other submission made by Plaintiff with the Clerk of Court will, upon filing, result in a Notice of Electronic Filing issued to all represented parties (and unrepresented parties who are ECF-registered).  Thus, Plaintiff is not required to serve paper copies of Plaintiff's filings, by regular mail, on any represented party (or any unrepresented party who is ECF-registered).  The Notice of Electronic Filing constitutes service of the filed document.

*If the defendant is not represented by a lawyer*, any party who is <u>not</u> an ECF-registered user is entitled to receive a paper copy of any pleading or other document from the party making a filing.  When serving a party that is not ECF-registered, service of a paper copy must be made in compliance with the Local Rules of this Court and the Federal Rules of Civil Procedure.

Finally, IT HEREBY IS ORDERED that **<u>Plaintiff must promptly notify the Court regarding any change in Plaintiff's mailing address</u>**.  The address identified in Plaintiff's initial filings has been made Plaintiff's address-of-record.  The Court and other parties' duties of service extend <u>only</u> to Plaintiff's address of record, and no other.

Plaintiff is solely responsible for keeping current and accurate Plaintiff's address of record.  Should the address change, or should Plaintiff wish to be served at a different address, Plaintiff must submit with the Clerk of Court a "notice of change of address."  Should Plaintiff fail to receive any court filing as a result of noncompliance, the failure will not be excused, and the case will be dismissed for failure to prosecute if the Court and other parties are unable to serve filings on Plaintiff.

Finally, in light of the provisions above, Plaintiff's Motion (**Doc. 11**) for Marshal Service is DENIED AS MOOT.  Although the time limit for service in Federal Rule 4(m) should not present any difficulties, the Court notes for the record that any delay this far has resulted from the Court's processing of his requests, and he is not responsible for the same.

IT IS SO ORDERED.


June 22, 2026                                         s/Cathy Bissoon
                                                     Cathy Bissoon
                                                     United States District Judge


cc (via ECF email notification):

David Franco (ECF-registered)